```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ANTHONY WALLACE,

Defendant.

24-cr-411 (MKV)

**TRIAL SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On January 23, 2025, the Court held a status conference in this matter.

Accordingly, IT IS HEREBY ORDERED that any anticipated motions are due on or before **February 20, 2025**. Any opposition papers are due on or before **March 13, 2025**. Any reply papers are due on or before **March 20, 2025**.

IT IS FURTHER ORDERED that the jury trial in this case will begin on **June 23, 2025** in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. The Court has allotted one week for the trial, and the parties shall plan accordingly.

IT IS FURTHER ORDERED that any motions in *limine* are due on or before **May 16, 2025**. Any opposition papers are due on or before **May 30, 2025**. Any reply papers are due on or before **June 3, 2025**.

IT IS FURTHER ORDERD that the joint proposed *voir dire*, jury instructions, and verdict forms, as described in the Court's Individual Rules of Practice, are due on or before **May 23 2025**.

IT IS FURTHER ORDERED that the parties shall appear for a conference in Courtroom 18C on **June 6, 2025 at 12:00 PM**. The Final Pretrial Conference will take place for **June 16, 2025 at 11:00 AM**.

IT IS FURTHER ORDERED that in the interest of justice, all time from today to June 23, 2025 is excluded under the speedy trial act. The Court finds that the ends of justice served by

excluding such time outweigh the interests of the public and the defendant in a speedy trial in that it will allow time for defense counsel to review discovery material in this case with Defendants and to consider whether there are any motions that are appropriate with respect to what has been produced; for the parties to discuss a potential pretrial disposition of this matter; and to prepare for trial.  Defendant consents to the exclusion of time.

**SO ORDERED.**

Dated:   January 23, 2025
         New York, New York

_____
MARY KAY VYSKOCIL
United States District Judge