

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/6/2025
```

March 4, 2025

**BY ECF**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: ***United States v. Anthony Wallace*, 24 Cr. 411 (MKV)**

Dear Judge Vyskocil:

  In light of recent discussions between the parties regarding a potential pretrial resolution of this case, the Government respectfully writes, with the consent of the defense, to request a three-week extension of time for the Government's opposition to the defendant's motion to suppress, from March 13, 2025 to April 3, 2025. The Government also requests a corresponding extension of time for the defendant's reply in support of his motion to suppress, from March 20, 2025 to April 10, 2025. In the parties' view, granting this request would not require altering any of the other deadlines in this matter, including the trial date. This is the Government's first request for an extension of time.

               Respectfully submitted,

               MATTHEW PODOLSKY
               Acting United States Attorney

     By: _____
        Remy Grosbard
        Joseph Rosenberg
        Assistant United States Attorneys
        Southern District of New York
        (212) 637-2446/-2326

cc (by ECF): Hannah McCrea, Esq.
       Mitchell Schwartz, Esq.

---

**Granted. SO ORDERED.**

Date: 3/6/2025
New York, New York

_Mary Kay Vyskocil_
Mary Kay Vyskocil
United States District Judge