```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | Order |
| v. | 24 Cr. 411 (MKV) |
| ANTHONY WALLACE,<br><br>*Defendant.* | |

MARY KAY VYSKOCIL, United States District Judge:

The United States Marshals Service (the "Marshals Service"), the Bureau of Prisons ("BOP"), and the Metropolitan Detention Center ("MDC") are requested to produce ANTHONY WALLACE, the defendant, in the above-captioned case, for a change-of-counsel proceeding on May 1st, 2025 at the Daniel Patrick Moynihan United States Courthouse. In the event the defendant refuses to comply with his production to court or otherwise attempts to impede his production to the courthouse, the Marshals Service, the BOP, or the MDC may use such force as is reasonably necessary for the execution of the production to the courthouse.

SO ORDERED.

Dated: New York, New York
        May 1st, 2025

_____
THE HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE