```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x
:
UNITED STATES OF AMERICA            :
:
    -against-                       :          **ORDER**
:
Anthony Wallace                     :
:          24-cr-411 (MKV)
:             Docket #
:
------------------------------------x


Mary Kay Vyskocil , **DISTRICT JUDGE**:
_____Judge's Name_____

The C.J.A. attorney assigned to this case

Hanna McCrea                    is hereby ordered substituted
_____Attorney's Name_____

and the representation of the defendant in the above captioned

matter is assigned to  Aaron Mysliwiec       , NUNC-PRO-TUNC  5/1/2025  .
                     ____Attorney's Name____

                           **SO ORDERED.**

                    _Mary Kay Vyskocil_
                    **UNITED STATES DISTRICT JUDGE**


**Dated:** May 1st, 2025
NEW YORK, New York