USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

ANTHONY WALLACE,

Defendant.

24-cr-411 (MKV)

**AMENDED TRIAL SCHEDULING ORDER**

---

MARY KAY VYSKOCIL, United States District Judge:

As discussed with the parties in detail at the May 1, 2025 change of counsel hearing and considering the parties joint letter, [ECF No. 40], IT IS HEREBY ORDERED that the jury trial in this case will begin on **November 3, 2025** in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. The Court has allotted one week for the trial.

IT IS FURTHER ORDERED that any motions in *limine* are due on or before **September 2, 2025**. Any opposition papers are due on or before **September 16, 2025**. Any reply papers are due on or before **September 23, 2025**.

IT IS FURTHER ORDERED that the joint proposed *voir dire*, jury instructions, and verdict forms, as described in the Court's Individual Rules of Practice in Criminal Cases, are due on or before **September 23, 2025**.

IT IS FURTHER ORDERED that the parties shall appear for a pretrial conference on **October 20, 2025 at 2:00 PM**. The Final Pretrial Conference will take place **on October 28, 2025 at 11:00 AM**.

As discussed at the conference held on May 1, 2025, IT IS FURTHER ORDERED that in the interest of justice, all time from today to November 3, 2025 is excluded under the speedy trial act. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial in that it will allow time for defense counsel to

review discovery material in this case with Defendant; for the parties to discuss a potential pretrial disposition of this matter; and to prepare for trial. Defendant consents to the exclusion of time.

**SO ORDERED.**

Dated: May 5, 2025
New York, New York

_____
MARY KAY VYSKOCIL
United States District Judge