

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2025

September 10, 2025

<u>*Via*</u> **ECF**
The Honorable May Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

      **Re:**    *United States v. Anthony Wallace*, **24-cr-411 (MKV)**

Dear Judge Vyskocil,

    I write regarding my representation of Mr. Wallace in the above-referenced matter. The pre-trial deadlines in Mr. Wallace's case are currently set as follows: motions in *limine* due on or before September 12, 2025, opposition papers due on or before September 26, 2025, and any reply papers, joint *voir dire*, jury instructions, and verdict forms due on or before October 2, 2025.

    I am writing to respectfully request a brief adjournment of the motions in *limine* deadline of Friday, September 12, 2025, to Wednesday, September 17, 2025. The Parties are not requesting an adjournment of any of the other pre-trial deadlines. The reason for this request is that the Parties have been in conversations regarding proposed motions in *limine* in an effort to limit the need for litigation with the Court. In addition, I recently received information regarding the government's witnesses that will likely impact the motions that I file on behalf of Mr. Wallace. Therefore, the brief adjournment would allow the defense a small amount of additional time to prepare motions on Mr. Wallace's behalf.

    AUSA Joseph Rosenberg has informed me that the government consents to the proposed adjournment outlined in this request.

    Thank you for the Court's consideration.

**Granted. SO ORDERED.**

Date: 9/10/2025
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

Respectfully submitted,

/s

Aaron Mysliwiec
*Attorney for Anthony Wallace*

cc:    Counsel of record

Miedel & Mysliwiec LLP
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com