

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/25/2025

September 24, 2025

*Via* ECF
The Honorable Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

      Re:    *United States v. Anthony Wallace*, 24-cr-411 (MKV)

Dear Judge Vyskocil,

    I write regarding my representation of Mr. Wallace in the above-referenced matter. The remaining pre-trial deadlines in Mr. Wallace's case are currently set as follows: oppositions to motions *in limine* due on or before September 26, 2025, and any reply papers, joint *voir dire*, jury instructions, and verdict forms due on or before October 2, 2025.

    I am writing to respectfully request a brief adjournment of 1) the opposition deadline of Friday, September 26, 2025, to Monday, September 29, 2025 at 1:00 PM, and 2) the reply and other filing deadline of Thursday, October 2, 2025, to Friday October 3, 2025. The reason for this request is that the Parties have been in continued conversations regarding the motions in *limine* and joint *voir dire*, jury instructions, and verdict forms, in an effort to limit the need for litigation with the Court. The Parties request additional time for those conversations and to complete work on all of the remaining filings. Additionally, Thursday, October 2, 2025, is Yom Kippur, so the Parties would request additional time for people to observe the holiday.

    I have conferenced with AUSA Joseph Rosenberg and he informed me that the government consents to the proposed adjournments outlined in this request.

    Thank you for the Court's consideration.

**Granted. SO ORDERED.**

Date: 9/25/2025
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

Respectfully submitted,

/s

Aaron Mysliwiec
*Attorney for Anthony Wallace*

cc:    Counsel of record

Miedel & Mysliwiec LLP
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com