

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/2025
```

October 1, 2025

<u>*Via*</u> **ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

      Re:    *United States v. Anthony Wallace*, **24-cr-411 (MKV)**

Dear Judge Vyskocil,

    I write regarding my representation of Mr. Wallace in the above-referenced matter. Any reply papers and joint *voir dire*, requests to charge, and verdict forms in Mr. Wallace's case are currently due on or before October 3, 2025. I am writing to respectfully request a brief adjournment of the reply and other filing deadlines of Friday October 3, 2025, to Tuesday, October 7, 2025.

    There are two reasons for this request. First, the Parties have been in continued conversations regarding the motions in *limine* and joint *voir dire*, jury instructions, and verdict forms, in order to possibly make some compromise proposals that could reduce the points that need to be litigated with the Court. Additionally, Josh Paulson, associate counsel for Mr. Wallace, is dealing with a serious medical emergency in his family that will likely extend through the weekend. Mr. Paulson is highly involved in formulating the defense positions on some of the remaining issues.

    I have conferenced with the government, through AUSA Joseph Rosenberg, and it has no objection to the proposed adjournments outlined in this request.

    Thank you for the Court's consideration.

Respectfully submitted,

/s

Aaron Mysliwiec
*Attorney for Anthony Wallace*

**Granted. SO ORDERED.**

Date: 10/1/2025
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

cc:    Counsel of record

---

**Miedel & Mysliwiec LLP**
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com