```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ANTHONY WALLACE,

Defendant.

24-cr-411 (MKV)

**TRIAL-RELATED
SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On November 4, 2025, the Court held a pretrial conference in this matter.

Further to the matters discussed at the conference, IT IS HEREBY ORDERED that on or before **November 12, 2025**, the Parties will make a joint submission to the Court addressing the following issues:

1. Any objections to the Court's juror introduction script and the Court's blackline of the Parties' Joint Proposed Examination of Prospective Jurors;

2. The names and places to be included in the examination of prospective jurors;

3. The Parties' positions with respect to how the Court should refer to the alleged victim during the trial, including specifically whether the Court should use her pseudonym in summarizing the case for purposes of examining prospective jurors and in charging the jury at the close of evidence, and, further, whether the alleged victim's real name should be disclosed to the jury in connection with the presentation of documentary evidence during trial;

4. The anticipated lengths of the Parties' respective opening statements, and the names of the attorneys who are expected to deliver those statements;

5. The Parties' proposals with respect to any limiting instructions that the Court has indicated in connection with the Parties' in *limine* motions that it intends to give regarding certain evidence; and

6. The Parties' positions with respect to whether and on what timeline Defendant will provide advance notice to the Government of any witnesses he intends to call at trial.

IT IS FURTHER ORDERED that on or before **November 17, 2025**, the Government shall provide to Defendant its witness list, any material to be disclosed under 18 U.S. Code § 3500, its

exhibit list, and copies of those exhibits.  The Government shall also provide these materials (other than Section 3500 material) to the Court in advance of trial.  Section 3500 material shall be made available in the Courtroom during trial.

IT IS FURTHER ORDERED that on or before **November 6, 2025**, the Government shall file on the docket a reply letter in support of its letter motion of November 3, 2025, [ECF No. 73], regarding the Parties' Joint Proposed Requests to Charge, [ECF No. 67].

**SO ORDERED.**

Dated:   November 4, 2025
          New York, New York

                                                      MARY KAY VYSKOCIL
                                                      United States District Judge