UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK
------------------------------------------------------------ x
UNITED STATES OF AMERICA            :    PROPOSED ORDER
                                    :    S1 24 Cr. 411 (MKV)
    - v. -                          :
                                    :
ANTHONY WALLACE,                    :
                                    :
        Defendant                   :
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2025

Upon the application of Aaron Mysliwiec and Ken Womble, attorneys for Anthony Wallace:

IT IS HEREBY ORDERED that the defendant, Anthony Wallace, Register No. 14390-511, will be permitted to receive non-prison clothing by the Federal Bureau of Prisons at MDC Brooklyn, located at 80 29th Street, Brooklyn, New York 11232, for his trial scheduled to begin on December 1, 2025. He is permitted to have up to two pairs of pants, two sweaters, four shirts, one belt, four pairs of socks, and a pair of shoes to wear to Court.

Dated:    New York, New York
          November 25, 2025

Respectfully submitted,

/s/ Aaron Mysliwiec
_____

MIEDEL & MYSLIWIEC LLP
52 Duane Street, 7th Floor
New York, New York 10007
Telephone: (212) 616-3042

Aaron Mysliwiec
*Counsel for Anthony Wallace*

ZEMAN & WOMBLE
20 Vesey Street, Suite 400
New York, NY 10007
Telephone: (718) 514-9100

Ken Womble
*Counsel for Anthony Wallace*

Granted.

SO ORDERED.

Date: 11/25/2025
New York, New York

Mary Kay Vyskocil
United States District Judge