```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ANTHONY WALLACE,

Defendant.

24-cr-411 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On the eve of the final pretrial conference in this matter, the Government filed a letter motion, [ECF No. 73], raising a previously undiscussed dispute with respect to the Parties' Joint Proposed Requests to Charge, [ECF No. 67]. Specifically, the Government seeks modification of Request Nos. 10 through 12 of the Proposed Requests to Charge, in order to reflect the Government's intent "to introduce evidence that the defendant used several 'facilit[ies] or means of interstate commerce' to knowingly entice the Minor Victim to engage in unlawful sexual activities." [ECF No. 73] at 1. The Parties have submitted letter briefing on this issue, [ECF Nos. 73, 74, 76, 77], focusing on Defendant's argument that the "changes to the proposed jury charge . . . would impermissibly constitute a constructive amendment of to count two of the indictment," [ECF No. 74] at 1.

The Court will rule on the requested changes, along with all of the disputes raised in the Parties' Joint Proposed Requests to Charge, at the charging conference. In the interim, and acknowledging the Government's argument that the "core of criminality" in this case is essentially "a single course of conduct," *United States v. D'Amelio*, 683 F.3d 412, 421 (2d Cir. 2012), the Parties are on notice that the Court does not intend to preclude the Government from introducing at trial evidence of the use of a cellphone in addition to evidence of the use of an interstate bus.

The Parties are directed to appear in Courtroom 18C, 500 Pearl Street, New York, NY 10007, at 9:00 AM on December 1, 2025, for the commencement of trial. Should the Parties have any issues to discuss prior to the start of trial, they should file a letter apprising the Court of those issues by 12:00 PM tomorrow, November 26, 2025.

**SO ORDERED.**

Dated:  November 25, 2025
        New York, New York

*Mary Kay Vyskocil*
_____
MARY KAY VYSKOCIL
United States District Judge